ORIGINAL

RECEIVED & FILED
JUN 26 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) Triton Marine Construction Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Stephen L. Nourse and John C.Dippold

Firm Name: CARNEY BADLEY SPELLMAN, P.S.

Post Office Box: 03-1558C

Street Address: 700 Fifth Avenue, Suite 5800

City-State-Zip: Seattle, WA 98104-5017

Telephone & Facsimile Numbers: (206) 622-8020 and (206) 467-8215

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 100 • • •

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: ARM • • •

See attached sheet for three digit codes.

Amount Claimed: Not less than: $ 832,842.00

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.