IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1558C<br>( Judge Lynn J. Bush ) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including September 8, 2003, within which to file its response to the complaint. Our response is currently due on August 25, 2003. This is defendant's first request for an enlargement of time for this purpose. Plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose.

The enlargement is requested to permit defendant sufficient time to complete its answer to plaintiff's complaint. Agency counsel for the United States Army Corps of Engineers is still completing her investigation of the allegations in plaintiff's complaint and preparing a litigation report. As soon as agency counsel's investigation and litigation report is completed, counsel for defendant will be able to complete and file defendant's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079

OF COUNSEL:

SUE YING LEONG, ESQ.
Assistant District Counsel
U.S. Army Corps of Engineers
Seattle District

Date: August 25, 2003

CERTIFICATE OF FILING

I hereby certify that on this 25th day of August, 2003, a copy of the foregoing Defendant's Unopposed Motion For Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister