# U.S. Court of Federal Claims

No. 03-1558 C

(Filed September 3, 2003)

* * * * * * * * * * * * * * * * * * * * * * * *
TRITON MARINE CONSTRUCTION, *
CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 25, 2003, defendant electronically filed an Unopposed Motion for Enlargement of fourteen days, to and including September 8, 2003, within which to file its response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush