IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION, | ) | No. 03-1558C |
| | ) | (Judge Lynn J. Bush) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO EXCHANGE INFORMATION REQUIRED UNDER THE COURT'S PRELIMINARY SCHEDULING ORDER**

Pursuant to the Court of Federal Claims Rule 6(b), plaintiff Triton Marine Construction Corporation ("Triton Marine") respectfully requests that the Court grant an enlargement of time of 164 days, to and including May 31, 2004, for plaintiff and defendant, United States of America ("Government") to file their Initial Disclosures containing information identified in paragraph (1)(a) through (d) of the Court's Preliminary Scheduling Order dated November 21, 2003. Defendant's counsel has consented and agreed to this Unopposed Motion.

Plaintiff and defense counsel have been working in preparing their initial disclosures. On November 6, 2003, plaintiff submitted its original initial disclosures pursuant to RCFC 26 to the Government. Plaintiff amended its initial disclosures on November 18, 2003. Plaintiff received defendant's initial disclosures on November 17, 2003. On November 21, 2003, the Court filed the Preliminary Scheduling Order requiring the parties to exchange certain information contained in paragraph 1(a) through (d) of the Order, in addition to the information set forth in RCFC 26, on or before December 19, 2003.

The parties are diligently pursuing discovery. On December 18, 2003, the Government reviewed Triton Marine's documents. Triton Marine intends to review the Government's documents on January 7, 2004. Since discovery is ongoing, the parties are unable to completely identify and exchange all of the necessary information required under the Court's Preliminary Scheduling Order at the present time.

For the above reasons, plaintiff respectfully requests this Unopposed Motion be granted for the enlargement of time to exchange the information indicated in paragraph 1(a) through (d) of the Court's Preliminary Scheduling Order to May 31, 2004.

DATED this ______ day of ______________________________, 2003.

CARNEY BADLEY SPELLMAN, P.S.

By___________________________________

Stephen L. Nourse
John C. Dippold
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
(206) 467-8215 (Facsimile)
email: nourse@carneylaw.com
dippoldj@carneylaw.com
Attorneys for Plaintiff Triton Marine Construction Corporation

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of December, 2003, I caused to be sent via Facsimile and U.S. Mail, a true and correct copy of the original "Plaintiff's Unopposed Motion for an Enlargement of Time To Exchange Information Required Under The Court's Preliminary Scheduling Order," addressed as follows:

Mr. James M. Meister
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530

DATED this ______ day of ____________________________, 2003.

CARNEY BADLEY SPELLMAN, P.S.

By ______________________________________
Stephen L. Nourse, WSBA #8526
John C. Dippold, WSBA #25658
Attorneys for Triton Marine Construction Corporation