# In the United States Court of Federal Claims

No. 03-1558 C

(Filed December 19, 2003)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| TRITON MARINE CONSTRUCTION, CORPORATION, | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

On December 18, 2003, plaintiff electronically filed an Unopposed Motion for an Enlargement of 164 days, to and including May 31, 2004, for the parties to exchange the information indicated in ¶1(a) through (d) of the court's Preliminary Scheduling Order filed on November 21, 2003. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge