IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION, | ) | |
| | ) | No. 03-1558C |
| Plaintiff, | ) | (Judge Lynn J. Bush) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

Pursuant to the Court of Federal Claims Rule 6(b), plaintiff Triton Marine Construction Corporation ("Triton Marine") respectfully requests that the Court grant an enlargement of time to conduct discovery. Counsel for plaintiff and defendant have stipulated and agreed to the following revised discovery schedule:

Plaintiff's Expert Reports due March 31, 2004

Lay Witness Depositions To Be Taken By April 15, 2004

Defendant's Expert Reports due April 30, 2004.

Rebuttal Expert Reports due May 14, 2004.

All Expert Depositions To Be Taken by June 15, 2004

The parties are diligently pursuing discovery. On December 18, 2003, the Government reviewed Triton Marine's documents. Triton Marine reviewed the Government's documents on January 7 and 15, 2004. Triton received copies of the Government's documents February 6, 2004. The parties have made a good faith effort to conduct discovery in this matter. Due to trial

calendars for both counsel, we are not able to schedule the first round of lay depositions until the week of March 1. Currently, expert reports are due before the depositions would take place.

For the above reasons, plaintiff respectfully requests this Unopposed Motion be granted for the enlargement of time to conduct discovery and modify the Court's Preliminary Scheduling Order accordingly.

DATED this ______ day of ____________________________, 2004.

CARNEY BADLEY SPELLMAN, P.S.

By_________________________________

Stephen L. Nourse
John C. Dippold
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
(206) 467-8215 (Facsimile)
email: nourse@carneylaw.com
dippoldj@carneylaw.com
Attorneys for Plaintiff Triton Marine Construction Corporation

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ____ day of February, 2004, I caused to be sent via Facsimile and U.S. Mail, a true and correct copy of the original "Plaintiff's Unopposed Motion for an Enlargement of Time To Conduct Discovery," addressed as follows:

Mr. James M. Meister
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530

DATED this ______ day of ______________________________, 2004.

CARNEY BADLEY SPELLMAN, P.S.

By ______________________________________________
Stephen L. Nourse, WSBA #8526
John C. Dippold, WSBA #25658
Attorneys for Triton Marine Construction Corporation