# In the United States Court of Federal Claims

No. 03-1558 C

(Filed February 27, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
TRITON MARINE CONSTRUCTION, *
CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On February 23, 2004, plaintiff electronically filed an Unopposed Motion for Enlargement of Time to Conduct Discovery. The Clerk's office issued a Deficiency Memorandum within which the following was noted: (1) the motion was not signed by the attorney of record, see RCFC 11 and 83.1 (c)(2); (2) the proof of service was not signed or dated, see RCFC 5.1; and (3) upon entering the subject motion in the docket, plaintiff selected the wrong event, i.e., motion for discovery. Plaintiff should have entered the motion as a motion for enlargement.

Accordingly, it is hereby **ORDERED** that Plaintiff's Unopposed Motion for an Enlargement of Time to Conduct Discovery, filed on February 24, 2004, shall be **STRICKEN** from the docket in the subject matter. Plaintiff is free to submit a corrected motion in this matter.

s/Lynn J. Bush
LYNN J. BUSH
Judge