IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1558C<br>(Judge Lynn J. Bush) |

**PLAINTIFF'S CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

Pursuant to this Court's Order dated February 27, 2004, plaintiff files this Corrected Unopposed Motion for an Enlargement of Time to Conduct Discovery and, pursuant to the Court of Federal Claims Rules 6(b) and 6.1, plaintiff Triton Marine Construction Corporation ("Triton Marine") respectfully requests that the Court grant an enlargement of time to conduct discovery. Defendant's counsel does not oppose this motion.

On February 23, 2004, plaintiff electronically filed its Unopposed Motion for Enlargement of Time to Conduct Discovery. At 5:06 p.m. EST, on February 27, 2004, this Court struck plaintiff's Unopposed Motion from the docket in this matter due to certain deficiencies in the motion. The Court's Order dated February 27, 2004 stated that "[p]laintiff is free to submit a corrected motion in this matter."

Pursuant to this Court's Preliminary Scheduling Order dated November 21, 2003, plaintiff's expert witness reports were to be provided to defendant on or before February 28,

2004. Because plaintiff did not receive notice that its Unopposed Motion was stricken until after the court closed on February 27, 2004, this motion is being filed after the expiration of the specified period within which plaintiff's expert witness reports were to be provided. Plaintiff's failure to act is only due to the close proximity of this Court's Order striking plaintiff's previous motion and the deadline for plaintiff's provision of its expert witness reports.

Counsel for plaintiff and defendant have stipulated and agreed to the following revised discovery schedule:

Plaintiff's Expert Reports due March 31, 2004

Lay Witness Depositions To Be Taken By May 15, 2004

Defendant's Expert Reports due April 30, 2004.

Rebuttal Expert Reports due May 14, 2004.

All Expert Depositions To Be Taken by June 15, 2004

The parties are diligently pursuing discovery. On December 18, 2003, the Government reviewed Triton Marine's documents. Triton Marine reviewed the Government's documents on January 7 and 15, 2004. Triton received copies of the Government's documents February 6, 2004. The parties have made a good faith effort to conduct discovery in this matter. Due to trial calendars for both counsel, we are not able to schedule the first round of lay depositions until the week of March 15.

For the above reasons, plaintiff respectfully requests this Unopposed Motion be granted for the enlargement of time to conduct discovery and modify the Court's Preliminary Scheduling Order accordingly.

DATED this 4th day of March_, 2004.

CARNEY BADLEY SPELLMAN, P.S.

By John C. Dippold
FOR Stephen L. Nourse

John C. Dippold
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
(206) 467-8215 (Facsimile)
email: nourse@carneylaw.com
dippoldj@carneylaw.com
Attorneys for Plaintiff Triton Marine
Construction Corporation

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 4th day of March, 2004, I caused to be sent via Facsimile and U.S. Mail, a true and correct copy of the original "Plaintiff's Unopposed Motion for an Enlargement of Time To Conduct Discovery," addressed as follows:

Mr. James M. Meister
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530

DATED this 4th day of March, 2004.

CARNEY BADLEY SPELLMAN, P.S.

By ______________________
FOR Stephen L. Nourse, WSBA #8526
John C. Dippold, WSBA #25658
Attorneys for Triton Marine Construction Corporation