# In the United States Court of Federal Claims

No. 03-1558 C

(Filed March 5, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
TRITON MARINE CONSTRUCTION, *
CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 4, 2004, plaintiff, on behalf of the parties, electronically filed an Unopposed Motion for an Enlargement of time to conduct discovery in the subject matter. The parties seek permission from the court to amend the Preliminary Scheduling Order, dated November 21, 2003, as follows:

Plaintiff's Expert Reports due March 31, 2004

Defendant's Expert Reports due April 30, 2004

Rebuttal Expert Reports due May 14, 2004

Lay Witness Depositions to be taken by May, 15 2004

All Expert Depositions to be taken by June 15, 2004

Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge