IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1558C |
| | ) | ( Judge Lynn J. Bush ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 20-day enlargement of time, to and including May 20, 2004, within which to make its expert disclosures pursuant to RCFC(a)(2). Defendant's expert disclosures are currently due on April 30, 2004. Plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose.

The enlargement is requested to permit defendant sufficient time to complete its expert witness disclosures under RCFC 26(a)(2). Defendant is presently completing the process of retaining its expert witness and preparing its expert witness disclosures under RCFC 26(a)(2). Counsel for defendant anticipates that it will be able to complete this process and provide these disclosures by May 20, 2004, the date to which plaintiff has consented to an enlargement. However, should defendant's expert be unable to provide a complete expert report by that date, defendant may seek, if necessary, an additional brief enlargement of time.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079

OF COUNSEL:

SUE YING LEONG, ESQ.
Assistant District Counsel
U.S. Army Corps of Engineers
Seattle District

Date: April 30, 2004

CERTIFICATE OF FILING

I hereby certify that on this 30th day of April, 2004, a copy of the foregoing Defendant's Unopposed Motion For Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister