# In the United States Court of Federal Claims

No. 03-1558 C

(Filed May 3, 2004 )

* * * * * * * * * * * * * * * * * * * * * * * *
TRITON MARINE CONSTRUCTION, *
CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 30, 2004, defendant electronically filed an Unopposed Motion for an Enlargement of twenty days, to and including May 20, 2004, within which to make its expert disclosures pursuant to RCFC 26(a)(2). For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge