IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION, | ) | No. 03-1558C |
| | ) | (Judge Lynn J. Bush) |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Triton Marine Construction Corporation, respectfully requests a 38-day enlargement of time, to and including June 21, 2004, within which to make its rebuttal expert disclosures pursuant to the Court's Order dated March 5, 2004. Plaintiff's rebuttal expert disclosures are currently due on May 14, 2004. Defendant, through counsel, has been contacted by phone regarding this request and does not oppose.

Currently, defendants' expert report is due on May 20, 2004, while plaintiff's rebuttal expert report is due on May 14, 2004. The enlargement is requested to permit plaintiff sufficient time to complete its rebuttal expert witness disclosures after receiving defendant's expert report. Counsel for plaintiff anticipates that it will be able to complete this process and provide its rebuttal expert disclosures by June 21, 2004, the date to which defendant's counsel has consented to an enlargement.

For the foregoing reasons, plaintiff respectfully requests that the Court grant this motion for an enlargement of time.

DATED this 11th day of May, 2004.

CARNEY BADLEY SPELLMAN, P.S.

By /s/ Stephen L. Nourse

Stephen L. Nourse
John C. Dippold
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
(206) 467-8215 (Facsimile)
email: nourse@carneylaw.com
dippoldj@carneylaw.com
Attorneys for Plaintiff Triton Marine Construction Corporation

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of May, 2004, I caused to be sent via Facsimile and U.S. Mail, a true and correct copy of the original "Plaintiff's Unopposed Motion for an Enlargement of Time," addressed as follows:

Mr. James M. Meister
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530

CARNEY BADLEY SPELLMAN, P.S.

By /s/ Stephen L. Nourse
Stephen L. Nourse, WSBA #8526
John C. Dippold, WSBA #25658
Attorneys for Triton Marine Construction Corporation