# In the United States Court of Federal Claims

No. 03-1558 C

(Filed May 17, 2004 )

* * * * * * * * * * * * * * * * * * * * * * * * *
TRITON MARINE CONSTRUCTION, *
CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 11, 2004, plaintiff electronically filed an Unopposed Motion for an Enlargement of Time of thirty-eight days, to and including June 21, 2004, within which to make its rebuttal expert disclosures pursuant to RCFC 26(a)(2). For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge