IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1558C (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT

The parties respectfully request the Court to (1) enlarge by 151 days, to and including November 19, 2004, the time within which plaintiff, Triton Marine Construction Corp. ("Triton"), must provide the Government with its rebuttal expert report; (2) enlarge by 185 days, to and including December 17, 2004, the time within which the parties must complete expert depositions, and (3) enlarge by 198 days, to and including January 14, 2005, the deadline for filing dispositive motions. Pursuant to the Court's orders, the deadline for Triton to provide the Government with its rebuttal expert report is June 21, 2004, the deadline for completing expert depositions is June 15, 2004, and the deadline for filing dispositive motions is June 30, 2004. This is the parties' first joint motion to enlarge these deadlines.

The Court recently granted, in part, the Government's out-of-time motion to enlarge the deadlines by which the Government must complete its lay witness depositions and provide its expert disclosures. The deadlines to complete these events are now, respectively, October 15, 2004, and November 5, 2004.

The additional time requested for Triton to provide the Government with its rebuttal expert report is necessary so that Triton can receive the Government's expert report and then prepare a rebuttal report. The Government's expert report is due to be provided to Triton by November 5, 2004.

The additional time requested for the parties to complete expert depositions is necessary because expert depositions should occur after lay witness depositions have been completed, the Government has provided Triton with its expert report, and Triton has provided the Government with its rebuttal expert disclosures. The additional time requested to file dispositive motions is necessary because the parties will not be able to determine if it is appropriate to file such a motion until discovery has been completed.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion for enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Stephen L. Nourse

STEPHEN L. NOURSE
JOHN C. DIPPOLD
CARNEY BADLEY
SPELLMAN, P.S.
Suite 5800
700 Fifth Avenue
Seattle, WA 98104-5017
Tele: (206) 622-8020
Fax: (206) 467-8215
Attorneys for Plaintiff

DATED: June 15, 2004

/s Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

SUE YING LEONG
Assistant District Counsel
U.S. Army Corps of Engineers

DATED: June 15, 2004

NOTICE OF FILING

I hereby certify that on June 15, 2004, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus