# In the United States Court of Federal Claims

No. 03-1558 C

(Filed June 17, 2004 )

* * * * * * * * * * * * * * * * * * * * * * * *
TRITON MARINE CONSTRUCTION, *
CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 15, 2004, the parties filed a Joint Motion for Enlargement within which they request: (1) an enlargement of 151 days, to and including November 19, 2004, within which plaintiff must provide the government with its rebuttal expert report; (2) an enlargement of 185 days, to and including December 17, 2004, for the parties to complete expert depositions; and (3) an enlargement of 198 days, to and including January 14, 2005, for the filing of depositive motions. For good cause shown, it is hereby **ORDERED** that the parties' Joint Motion for Enlargement is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge