# In the United States Court of Federal Claims

No. 03-1558 C

(Filed November 5, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
TRITON MARINE CONSTRUCTION, *
CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 12, 2004, the parties filed a Stipulation for Entry of Judgment. Accordingly, it is hereby **ORDERED** that the Clerk's office shall **ENTER** judgement in this case, pursuant to RCFC 58.

s/Lynn J. Bush
LYNN J. BUSH
Judge