# In the United States Court of Federal Claims

**No. 03-1558 C**

**TRITON MARINE CONSTRUCTION CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed October 12, 2004, and the court's Order of November 5, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $490,000.00, which includes all the interest to which Triton is entitled so long as Triton receives payment by December 31, 2004, with each party to bear its own costs, attorney fees, and expenses. Should Triton not receive payment by December 31, 2004, interest shall accrue upon $490,000.00, at CDA rates, from January 1, 2005 until Triton receives payment.

Brian Bishop
Clerk of Court

**November 8, 2004** By: s/Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and

listing of all plaintiffs. Filing fee is $255.00.